IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH RUBEN BONTTY,

    Petitioner,        No. CIV S-08-1516 DAD P

    vs.

WARDEN OF CSP-SAC,

    Respondent.        ORDER
_____/

        Petitioner, a state prisoner at California State Prison Sacramento, has filed a letter and several attachments with the court.  No pleadings have been filed by the petitioner.  In order to commence an action, petitioner must file either a complaint or a petition for writ of habeas corpus.  When a prisoner challenges the fact or duration of his custody and a determination of his action may result in plaintiff's entitlement to an earlier release, his sole federal remedy is a writ of habeas corpus.  See Preiser v. Rodriguez, 411 U.S. 475 (1973); Young v. Kenny, 907 F.2d 874 (9th Cir. 1990).  The proper mechanism for raising a federal challenge to conditions of confinement is through a civil rights action pursuant to 42 U.S.C. § 1983.  Badea v. Cox, 931 F.2d 573, 574 (9th Cir. 1991).

        Petitioner will be provided the opportunity to file either a habeas petition or a civil rights complaint, and to submit an application requesting leave to proceed in forma pauperis or the appropriate filing fee.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner is granted thirty days from the date of service of this order to file either a petition that complies with the requirements of the Rules Governing Section 2254 Cases or a civil rights complaint; the petition or complaint shall comply with the Federal Rules of Civil Procedure, and the Local Rules of Practice; the petition or complaint must bear the docket number assigned this case; petitioner must use the form provided by the court.  Petitioner shall also submit, within thirty days from the date of this order, the application to proceed in forma pauperis on the form provided by the Clerk of Court, or the appropriate filing fee.  The filing fee for a habeas action is $5.00; the filing fee for a civil rights action is $350.00.  Petitioner's failure to comply with this order will result in a recommendation that this matter be dismissed; and

2. The Clerk of the Court is directed to send petitioner the court's form for filing a petition for writ of habeas corpus and a § 1983 civil rights complaint, and the application to proceed in forma pauperis by a prisoner.

DATED: September 17, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:ja/4
bont1516.nopetition1