IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH RUBEN BONTTY,

    Petitioner,                    No. CIV S-08-1516 DAD P

    vs.

WARDEN OF CSP-SAC,           ORDER AND

    Respondent.             FINDINGS AND RECOMMENDATIONS

        By an order filed September 18, 2008, petitioner was directed to file, within thirty days, either a petition that complies with the requirements of the Rules Governing Section 2254 Cases or a civil rights complaint. In addition, petition was ordered to file a completed application to proceed in forma pauperis or pay the appropriate filing fee within thirty days. Petitioner was cautioned that failure to do so would result in a recommendation that this action be dismissed. The thirty day period has now expired, and petitioner has not filed a petition or civil rights complaint, has not filed a completed application to proceed in forma pauperis, has not paid the appropriate filing fee, and has not otherwise responded to the court's order.

        Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly assign a United States District Judge to this action;

/////

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, petitioner may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: November 4, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:lg
bont1516.fff.fifp