IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH RUBEN BONTTY,

    Petitioner,                 No. CIV S-08-1516 MCE DAD P

    vs.

WARDEN OF CSP-SAC,

    Respondent.               <u>ORDER</u>

_____/

        This action was dismissed on December 19, 2008. Petitioner initiated this action on July 1, 2008, by writing a letter to the Clerk of the Court. The court was unable to determine if petitioner was attempting to proceed with a civil rights action or a petition for a writ of habeas corpus. Thereafter, on September 18, 2008, the court ordered petitioner to, within thirty days, file either a civil rights complaint or a petition for a writ of habeas corpus using the form provided by the court. This action was dismissed when petitioner failed to comply with the court's order.

        On February 26, 2009, petitioner filed a motion for appointment of counsel, an incomplete and unsigned application requesting leave to proceed in forma pauperis, and an unsigned civil rights complaint. The documents will be placed in the file and disregarded.

/////

Petitioner is advised that if he intends to proceed with a civil rights action[1], he should file a new action. He should not use the case file number for his closed case.

Accordingly, IT IS HEREBY ORDERED that petitioner's February 26, 2009 motion for appointment of counsel (Doc. No. 10), amended complaint (Doc. No. 11), and application to proceed in forma pauperis (Doc. No. 12), shall be placed in the file and disregarded. Any further documents filed by petitioner in this case will be disregarded and no orders will issue in response to future filings.

DATED: April 4, 2009.

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
bon1516.158

---

[1] Petitioner is also advised to complete all of the questions in the form complaint and to sign the complaint. Petitioner must also submit an in forma pauperis application that has been fully completed and signed, including the certificate portion of the application which requires a certified copy of his inmate trust account statement.